ADELLA C. METZGER et al., Respondents, *v.* ALBERT S. MAR-
TIN et al., Defendants.

JOHN H. SHULTS, Appellant.

*Metzger* v. *Martin*, 87 App. Div. 572, affirmed.
(Submitted January 6, 1904; decided January 26, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1903, which affirmed an order of Special Term denying an application of the appellant herein to be relieved from taking title to certain property purchased by him at partition sale.

*H. T. Dykman* for appellant.

*Grenville T. Emmet* and *Maurice Dillon* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.